7281 ZUCKER & CO., INC.

Amalgamated Meat Cutters Retail Food Store
Employees Union UFCW Local 342
of Greater New York
UFCW LOCAL 342 HEALTHCARE FUND

---

| APPEARANCES | For the Employer |
|---|---|
| | For the Fund |
| | Donald Proniewych |
| | Adrienne Wincott |

In accordance with notice duly given, an Arbitration was held on **January 31, 2007** at the office of Local 342, Amalgamated Meat Cutters/Retail Food Stores, Union located at 166 East Jericho Turnpike, Mineola, NY 11501.

At the aforementioned time and place, the parties were afforded full opportunity to be heard, to offer evidence and argument and to examine and cross-examine witnesses. Witnesses were duly sworn prior to submitting testimony.

Pursuant to an agreement between the parties, the undersigned was duly designated Arbitrator to render a decision binding upon all parties, with regard to the following issue:

Unpaid contributions for the UFCW Local 342 Healthcare Fund for the month(s) October 2006.

UFCW Local 342 Healthcare Fund          $ 1,320.00

**Background:**

After waiting one hour beyond the scheduled starting time of the Arbitration Hearing for the employer to appear, the Fund submitted into evidence proof of service of the statutory notice to Arbitrate and moved to have the Arbitrator hold the hearing Ex-Parte. The Arbitrator sustained the motion and held an Ex-Parte Hearing in this matter. The Union/Fund presented testimony and evidence in support of their contention that the Employer was delinquent in the payment of contributions to the UFCW Local 342 Healthcare Fund.

Award

Pursuant to a review of all testimony and evidence submitted at the Arbitration Hearing, it is the Award of the Arbitrator that:

The Employer is delinquent in payment to the UFCW Local 342 Healthcare Fund.

The Employer, ZUCKER & CO., INC., is therefore directed to pay the amounts due to each of the funds in accordance with the following forthwith:

| | |
|---|---|
| UFCW Local 342 Healthcare Fund | $1,320.00 |
| Interest    18 % per annum | $   59.40 |
| Liquidated Damages 20% | $  275.88 |
| Sub-Total | $1,655.28 |
| Attorneys' Fees | $  800.00 |
| Cost of Arbitration | $  800.00 |
| Total | $3,255.28 |

Dated: January 31, 2007

_____
John Kennedy, Arbitrator

STATE OF NEW YORK
COUNTY OF NASSAU

On this day of January 2007 before me came John Kennedy, to me known to be the person described herein, and who executed the foregoing instrument and acknowledge that he execute same.

_____
Notary Public

GRETA INABINETT
Notary Public, State of New York
No. 01IN6041269
Qualified in Queens County
My Commission Expires May 8, 2010