**ANDREW JOHN CALCAGNO** (AC 3085)
Attorney At Law
404 Manor Road
Staten Island, New York 10314
(718) 815-0200

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 342 HEALTH CARE FUND;

    Petitioner,

-against-

LOUIS ZUCKER & CO. INC. a/k/a ZUCKER & CO., INC.,

    Respondent.

------------------------------------------------------X

Case No. 07-cv-3869(RWS)(DFE)
ECF CASE

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable judges and magistrates judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of said party which are publicly held.

                                         **NONE.**

**DATE:**    04/5/07                  /S/
                                          **ANDREW JOHN CALCAGNO**