Sweet, J

ANDREW JOHN CALCAGNO (AC 3085)
Attorney At Law
404 Manor Road
Staten Island, New York 10314
(718) 815-0200

RECEIVED AUG 7 2007 JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RICHARD ABONDOLO, as Chairman of the Board of : Case No. 07-cv-3869(RWS)(DFE)
Trustees of UFCW LOCAL 342 HEALTH CARE FUND; : ECF CASE
:
Petitioner, : STIPULATION OF
: DISMISSAL
-against- :
:
LOUIS ZUCKER & CO. INC. a/k/a :
ZUCKER & CO., INC., :
:
Respondent. :
---------------------------------------------------------X

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, it is hereby stipulated by the Petitioner that the above-captioned action is hereby dismissed.

Dated: August 7, 2007

_____
ANDREW JOHN CALCAGNO (AC3085)
CALCAGNO & ASSOCIATES
ATTORNEYS AT LAW, LLC
Attorney for Petitioner
404 Manor Road
Staten Island, NY 10314
(718) 815-0200

8/9/07

8-7-07
[signature]

Part I